FILED by LS D.C.

Mar 8, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Case No. 19-60621-CV-BLOOM/VALLE

*(to be filled in by the Clerk's Office)*

monique Bernes
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

-v-

Department Children Familes
Childnet
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: monique Bernes
   Street Address: 117 mcrae Street
   City and County: columbia SC
   State and Zip Code: SC 29203
   Telephone Number: 854-515-9838
   E-mail Address:

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Florida Department Children Families
- Job or Title (if known):
- Street Address: 1317 Winewood blvd.
- City and County: Tellahessee
- State and Zip Code: Florida 32399
- Telephone Number:
- E-mail Address (if known): www.dCF.State.Fl.US

Defendant No. 2
- Name: childnet
- Job or Title (if known):
- Street Address: 1100 west mcneb
- City and County: Tamarc
- State and Zip Code: Florida
- Telephone Number: 954-414-6000
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. The Fbl and US marshalls along with Bounty hunter have been looking for Tonya Barnes for 18 years. My mother ran to Columbia South Carolina Stem working for South Carolina DSS. My questions? Is it legal for the United States to give a fugitive custody? legal

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Monique Barnes, is a citizen of the State of *(name)* Florida.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Department Children Families, is a citizen of the State of *(name)* Florida. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* **Childnet**, is incorporated under the laws of the State of *(name)* **Florida**, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Department Children Families and Childnet has caused me and my 8 children and my Daughter father for the past year unbearable pain Due to Harassment. my first 6 children for 9 years none stop. To currently. For me and all 8 of my babies.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

① 1-28-10 Problem Statement given in court by Lisa Josp. 2 False mental illness. ① Came from exhusband's poler given custody of at time 6 babies. When I had a permeany injunction order in place. To keep us safe. 12-8-2011 court order I was never informed somebody put down I was in agreement with exhusband getting custody. 9-1-11 Lisa Called South Carolina had my name flagged and had me place on child abuse registry to current

### IV. Relief

5-8-2018 my 7 year old was reabducted by Richland county police Department

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pre-Injunction relief from being Harass. When my children are return for them to leave us alone 9 years of misery 1-28-2010 to current. I had to run for my life from South Carolina with my child father. Punitive amount in Damages

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff    *Monique Barnes* (signature)
Printed Name of Plaintiff    Monique Barnes

### B. For Attorneys

Date of signing: _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

5-9-2018 my at the time 2 year old daughter was abducted and Kidnap by Investigator Raymond with Richland County Police department. 4-17-2018 when I went to interview with her concerning the Teacher Mrs. Bradham officer Raymond said to me her first statement was so you like outing Judges huh? She officer Raymond statement to me I was on your Facebook page. Her next statement to me was that she would arrest me for obstruction of Justice after the Teacher tried to frame MR. Robbins my 3 year old daughter father. He was not even in South Carolina we have our tickets from Amtrack. My 6 year old would not lie on MR. Robbins so officer Raymond got mad with my 6 year old abducted {Kidnap him. next she demand to know where my 2 year old daughter was because she also was being abducted { Kidnap Somebody took my son out the lobby without my permission to question my 6 year old alone. My mother Tonya Bernes have been wanted by FBI and the US Marshalls for 18 years close to 18 years. Angelique Bernes along with my grandma had the FBI cousins ~~looking~~ to their home. I'm wondering is it about when she sold me as a baby and 2 of my brothers for money? My mother work for DSS for 2 years before my case happen in the

past Tonya Barnes tried to sell my first 2 babies for money. I feel like she sold my birth right to be a mother that is why to this day 9 years later Florida refuse to return my babies because she sold my birth right on the black market. I have proof that she sold my brother to a social worker at the time worked at Jackson Memorial in Miami. Nobody would ever tell me the truth about who I was sold to at birth but my grandma when living only said that I was sold by my mother growing up my family have been under some kind of investigation ever since. I was 7 to 8 years old. I would see them coming to the house last time FBI that, I saw come looking for Tonya Barnes my late evil grantmother would lie about my mother where abouts. She ran to Columbia South Carolina. Started working for South Carolina DSS for years 2 times the FBI missed my mother by 15 minutes but she pulled off just in time to escape back to South Carolina. 2-17-2019 my 18 year old son got jumped.

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE FAMILY COURT |
| ) | FIFTH JUDICIAL CIRCUIT |
| COUNTY OF RICHLAND ) | 20**18**-DR-40-**1777** |
| ) | |
| South Carolina Department ) | |
| of Social Services, ) | |
| ) | |
| Plaintiff, ) | NOTICE OF HEARING |
| ) | |
| **Monique Barnes** ) | |
| **Tonya Barnes** ) | |
| ) | |
| Defendants. | |

TO: **Monique Barnes** ; **Tonya Barnes**
**Amy Christenbury, esq.** ; **Bobby Robbins**

FILED 2018 DEC 17 PM 12:33

A hearing concerning the minor child(ren) was held before the Court on **December 17, 2018** at 1701 Main St., Columbia, South Carolina. The individuals or Parties to whom this notice is addressed were present at that Hearing. During the Hearing, the next Hearing date was announced on the Record. This Notice was prepared during that hearing and served on the individuals or parties listed above. By oral Order of the Court on the record, this Notice shall be considered official notice personally served on the parties. No further notice shall be required and no objection may be made by those served with this Notice in Court. The next Hearing shall be:

DATE OF HEARING.............................. **March 25, 2018 @ 9:30 AM**
TYPE OF HEARING............First Call Merits/ (Full Merits)/ Judicial Review (Permanency Planning)*/Termination of Parental Rights*
LOCATION OF HEARING....................... 3rd Floor, 1701 Main St., Columbia, SC.

S. C. DEPARTMENT OF SOCIAL SERVICES
_____
Attorney for Plaintiff
South Carolina Department of Social Services
SC Bar# **15942**

I, **EMcCain**, an employee of the South Carolina Department of Social Services Legal Department for Richland, certify that I served the above named on this **17** day of **December** 20**18** by announcing the next Hearing date and personally serving this notice in open Court on the Record before the Judge.

**EMcCain**
SCDSS-Richland County

\* If a supplemental report is required as part of the notice of the upcoming hearing, this shall service as actual notice of the hearing and shall be perfected by service of the supplemental report on opposing counsel via email and to pro se litigants via email

| STATE OF SOUTH CAROLINA | ) | IN THE FAMILY COURT OF THE |
|---|---|---|
| | ) | FIFTH JUDICIAL CIRCUIT |
| COUNTY OF RICHLAND | ) | |
| | | 20____-DR-05- |

| South Carolina Department of Social Services, | ) ) | |
|---|---|---|
| | ) | COURT INFORMATION SHEET/ |
| | ) | SUPPLEMENTAL REPORT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ( ) <u>EX PARTE</u> |
| | ) | ( ) 72 HOUR PROBABLE CAUSE |
| | ) | ( ) 35 DAY REMOVAL (Merits) |
| | ) | ( ) 35 DAY INTERVENTION (Merits) |
| | ) | ( ) NON-EMERGENCY REMOVAL (Merits) |
| Monique Barnes | ) | ( X ) PERMANENCY PLANNING |
| | ) | ( ) TERMINATION OF PARENTAL RIGHTS |
| | ) | ( ) REVIEW (out-of-home care) |
| | ) | ( ) REVIEW (treatment) |
| | ) | ( ) RULE TO SHOW CAUSE |
| | ) | ( ) OTHER |
| Defendant(s), | ) | |
| | ) | |
| IN THE INTEREST OF: | ) | |
| | ) | |
| Jeremiah Dye         DOB 9/1/2011 | ) | |
| Wilhelmina Williams  DOB 3/2/2016 | ) | |
| | ) | |
| Minor(s) Under the Age of 18 | ) | |

## I. FAMILY COMPOSITION AND OTHERS NAMED AS PARTIES:

| NAME | RELATIONSHIP | DOB/AGE | ADDRESS (Physical & Mailing) |
|---|---|---|---|
| Monique Barnes | Mother | 11/17/1980 | 117 McRae St Columbia, SC 29210 |

## II. DETERMINATION AND REASONS FOR AGENCY INVOLVEMENT:

Richland County Department of Social Services received an allegation on May 9, 2018 that the minor child, Jeremiah Dye - age 6, is being abused by the mother, Monique Barnes. It was reported Monique sprays water in Jeremiah's face and beats him on the bottom of his feet as a form of discipline. It is reported Jeremiah does not have any known bruises or marks. It is reported Monique Barnes, mother, is mentally unstable and

is unable to provide adequate care to the child. It is reported that the mother is paranoid and has anxiety. It is reported Ms. Barnes imposing her paranoid thoughts that Law Enforcement, Department of Social Services, the legal system, and other entities are demons and are out to get her and her son, Jeremiah. It is reported that Ms. Barnes is traveling back and forth from South Carolina to Florida and does not have Jeremiah enrolled in school. It is reported Jeremiah has not been seen by a doctor. It is reported that Ms. Barnes has history with Child Protective Services in Florida.

### III. LEGAL HISTORY:
May 14, 2018 - Probable Cause Hearing
June 7, 2018 - Merits Hearing-Continued due to investigation not being complete; placement of children given to maternal grandmother, Tonya Barnes
July 19, 2018 – Merits Hearing – Continued due to no agreement and Ms. Monique Barnes not being present

### IV. BACKGROUND INFORMATION:

This family has had 4 previous unfounded cases with Richland County DSS.

### V. CURRENT SITUATION:
Jeremiah and Wilhelmina are currently placed with their maternal grandmother, Tonya Barnes. Jeremiah is in 1st grade and Wilhelmina attends preschool. They are both thriving in their current setting. Ms. Tonya Barnes takes very good care of Wilhelmina and Jeremiah. During visits Jeremiah reports feeling safe and being happy with his grandmother. Wilhelmina is always smiling and appears to be happy during visits.

Ms. Tonya Barnes has reached out to Ms. Monique Barnes, mother, multiple times to set up visitation. Ms. Monique Barnes has not responded and has not seen her children since May 2018.

Ms. Monique Barnes has made multiple threats on social media towards DSS, Law Enforcement, and the Metropolitan Child Advocacy Center.

### VI. LEGAL REPRESENTATION:
Guardian ad Litem: Sonya Good
Guardian ad Litem Attorney:
Defendant's Attorney:
Defendant's Attorney:

**VII. RECOMMENDATIONS:**

Legal and physical custody of the minor child(ren), Jeremiah Dye and Wilhelmina Williams, should be granted to Tonya Barnes, their maternal grandmother, based on a positive home study or alternative caregiver assessment of the home. Tonya Barnes shall be restrained from transferring custody to a third party without prior court permission. In addition, Tonya Barnes shall be granted the authority to plan for and approve all educational plans and programs on behalf of the child, authority to consent to routine and emergency medical care and treatment as may be required, and is designated as the child's personal representative as set out in the Health Insurance Portability and Accountability Act (HIPAA) regulations.

The permanent plan for Jeremiah Dye and Wilhelmina Williams shall be permanent custody with Tonya Barnes, maternal grandmother.

DSS has made reasonable efforts in a timely manner to finalize a permanent plan for the child(ren).

All prior orders not inconsistent with this order shall remain in effect.

Worker: _Ralphina_ Date: 12-5-18
Supervisor: _T B_ Date: 12/5/18