FILED BY _____ D.C.
APR 24 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Monique Barnes
19-60621-
CV-Bloom/ville

# Request for Emergency Hearing

On May 7, 2018. I brought my babies to Florida with me and filed a Complaint. If you pull video on that day May 7, 2018 my babies was on video playing. In my complaint I stated that South Carolina DSS. Was going to abduct my babies from me. On my case 2010-864. Judge Kenneth Gillespie put two diffrent orders out on 11-29-2017. To have them illeagally seized from me. After getting a copy of his orders I filed a complaint case number 10-864DP. Fearing that my babies was going to be taken from me. 10-864DP is the case Judge Kenneth Gillespie was on. Case number 0:18-CV-61019-BB is my case from May 7, 2018 U.S. District Court. I returned to South Carolina on May 9, 2018 because my son had a appointment at 8:45am. After his first grade teacher tried to frame my youngest daughter father for child neglect after his ex-wife Tina Kinsler, Mr. Robbins Daughter and step daughter got together 7 years later tried to have him sent back to prison by using my son. Richland County Police department without a court order seized my son from sex assult treatment center and my 2 year was seized from my home again without court order

My ex husband started filing stalking cases on my older kids. I attended court for them on the same day my mother who hates me got full custody of them she is currently running from FBI in Florida she started working for South Carolina DSS 11 years ago, Place the Call to Lisa Jospeh to have my babies removed from me forever.

Monroe
Bernes
19-60621-cv-
Bloom/Valle

Table of contents
① Court Order from South Carolina
② Court Order for Florida

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE FAMILY COURT OF THE |
| ) | FIFTH JUDICIAL CIRCUIT |
| COUNTY OF RICHLAND ) | DOCKET NO.: 2018-DR-40-1777 |
| ) | |
| SCDSS ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| Tonya Barnes, et.al ) | |
| ) | |
| Defendant, ) | |
| ) | |

DATE OF HEARING: March 19, 2019
PRESIDING JUDGE: The Honorable Daniel Martin
PLAINTIFF'S ATTORNEY: James Sargent Johnson
DEFENDANT'S ATTORNEY: pro se
GUARDIAN AD LITEM'S ATTORNEY: Amy Christenbury
COURT REPORTER: Karen Kacsis

The above matter came before the Court on March 19, 2019, I make the following findings of fact and conclusions of law:

Custody of minor children Jeremiah Dye and Wilhemina Williams should and shall be with their grandmother, Defendant Tonya Barnes, to include all rights and responsibilities associated therewith, including but not limited to full medical and educational authority. Visitation for the defendant parents should and shall be supervised, within sight and sound, and at the discretion of Defendant Tonya Barnes. All appointed representatives, including the Guardian ad Litem, are hereby relieved of their duties in this matter. Other matters were decided at this hearing. This matter shall now close. Formal order shall follow.

NOW, THEREFORE, IT IS ORDERED THAT the above is repeated verbatim,

And,

IT IS SO ORDERED this 19th day of March, 2019

The Honorable Daniel Martin
Presiding Judge

Columbia, South Carolina
March 19, 2019

## DEPENDENCY NOTICE OF HEARING JUVENILE DIVISION

IN THE INTEREST OF CHILD/CHILDREN

~~[illegible handwriting]~~

17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY.

CASE NO. _11-864_ DP

JUDGE __OLEFSON__

GENERAL MAGISTRATE __PLANT__

## NOTICE OF HEARING

| Hearing | Date | Time | Room | Judge | G.M. |
|---|---|---|---|---|---|
| ARRAIGNMENT | | AT | ROOM 9165/12156 | OLEFSON | PLANT |
| STATUS | | AT | ROOM 9165/12156 | OLEFSON | PLANT |
| REVIEW | | AT | ROOM 9165/12156 | OLEFSON | PLANT |
| TRIAL | | AT | ROOM 9165/12156 | OLEFSON | PLANT |
| DISPO/C-PLAN | 4/2/19 | AT 1:00 | ROOM (9165)/12156 | OLEFSON | PLANT |
| ADVISORY | | AT | ROOM 9165/12156 | OLEFSON | PLANT |
| OTHER | | AT | ROOM 9165/12156 | OLEFSON | PLANT |

PERM ( )  BENCHMARK / AGE OUT ( )
JUDICIAL ( )  BIG DOCKET ( )
M B I ( )  ADOPTION ( )
30 DAY ( )  MOTION _____ ( )  90 DAY RTC ( )

AT THE BROWARD COUNTY COURTHOUSE
JUDICIAL COMPLEX WEST BUILDING
201 S.E. 6TH STREET
FORT LAUDERDALE, FLORIDA 33301

MEDIATION _____ @ _____  ROOM 19150 WEST BUILDING

REMARKS __WEST WING__

DCM TRACKING # _____

IN OPEN COURT
(✓) MOM  (✓) DAD  ( ) AAL
(✓) AGO  (✓) DC&F  ( ) CHILD/CHILDREN
( ) BSO  (✓) GAL  ( ) FOSTER PARENTS
(✓) ATTY FOR MOM
(✓) ATTY FOR DAD  PAPER WORK MAILED TO: _____

BRENDA D. FORMAN, CLERK OF COURTS
BY __N. TURNER__
DEPUTY CLERK

DATED THIS _____ DAY OF __3/__/19__, 2019

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Diana Sobel, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.