## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-60621-BLOOM/Valle

MONIQUE BARNES,

    Plaintiff,
v.

DEPARTMENT CHILDREN FAMILIES
and CHILDNET,

    Defendants.
_____/

## **ORDER**

**THIS CAUSE** is before the Court upon Plaintiff's Request for Emergency Hearing, ECF No. [5] (the "Motion"), filed on April 24, 2019. On March 11, 2019, this Court denied Plaintiff's Motion for Leave to Proceed *in Forma Pauperis*, dismissed Plaintiff's Complaint without prejudice, and directed the Clerk to close the case. ECF No. [4]. The case was closed that same day. Plaintiff's Motion is denied because this is a closed case and Plaintiff has been denied leave to proceed without paying the required filing fee. Moreover, there are no pending motions in this case, and there would be no reason to hold an emergency hearing on motions as to which rulings have been rendered.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion, **ECF No. [5]**, is **DENIED**.

Case No. 19-cv-60621-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 25, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Monique Barnes
117 McRae Street
Columbia, SC 29203