UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-60621-BLOOM/Valle

MONIQUE BARNES,

    Plaintiff,

v.

DEPARTMENT CHILDREN FAMILIES
and CHILDNET,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff's Request for Preliminary Injunction, ECF No. [10] (the "Motion"), filed on May 22, 2019. On March 11, 2019, this Court denied Plaintiff's Motion for Leave to Proceed *in Forma Pauperis*, dismissed Plaintiff's Complaint without prejudice, and directed the Clerk to close the case. ECF No. [4]. The case was closed that same day. Plaintiff's Motion is denied because this is a closed case and Plaintiff has been denied leave to proceed without paying the required filing fee.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion, **ECF No. [10]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 23, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

1

Case No. 19-cv-60621-BLOOM/Valle

Copies to:

Counsel of Record

Monique Barnes
2747 Lincoln Street # 28
Hollywood, FL 33020